**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

Kathleen O'Donoghue

    v.                                             Civil No. 13-cv-329-PB

Macy's

**O R D E R**

    Pursuant to the court's February 19, 2014, order (doc. no. 5), plaintiff has filed an amended complaint (doc. no. 9). The court finds that the complaint appears to state at least one viable claim over which this court has jurisdiction, and therefore directs that this action be served, without prejudice to defendant seeking dismissal of the amended complaint in the future.

    Plaintiff has not filed a completed summons form for the defendant. The clerk's office is directed to send plaintiff a blank summons form with this order. Plaintiff must complete the summons form and return it to the court within thirty days of the date of this order.

    Upon receipt of the completed summons form, the clerk's office is directed to issue the summons pursuant to Fed. R. Civ.

P. 4(b), and forward to the United States Marshal for the District of New Hampshire (the "U.S. Marshal's office"): the summons; the amended complaint (doc. no. 6); and this order. Upon receipt of the necessary documentation, the U.S. Marshal's office shall serve process upon defendant pursuant to Fed. R. Civ. P. 4(c)(3) and 4(h).

Defendant is instructed to answer or otherwise plead within twenty-one days of service. <u>See</u> Fed. R. Civ. P. 12(a)(1)(A). Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on defendant by delivering or mailing the materials to the defendant or its attorney(s).

SO ORDERED.

<u>/s/Paul Barbadoro</u><br>
Paul Barbadoro<br>
United States District Judge

May 2, 2014

cc:  Kathleen O'Donoghue, pro se